IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-198-CMA-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NOEL ALEJANDRO VALDOVINES,
2. ARMANDO ARCE ESCARENO,
3. **SAMUEL RETANO-GRADILLA,**
    a/k/a/ "Tejas,"
    a/k/a/ "Tejon," and
4. HUMBERTO TORRES,
    a/k/a Beto,

    Defendants.

---

**ORDER DISMISSING INDICTMENT WITH PREJUDICE**

---

THE COURT, upon review of the motion of the United States requesting an Order dismissing, with prejudice, the indictment against the defendant SAMUEL RETANO-GRADILLA only, and finding good cause contained therein, it is hereby:

ORDERED: that the above-captioned Indictment is dismissed, with prejudice, as to the defendant SAMUEL RETANO-GRADILLA only.

SO ORDERED THIS 10 Day of November, 2011.

                                          THE HONORABLE CHRISTINE M. ARGUELLO
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO

1